```
 1  THE ARMSTRONG LAW FIRM
    Kelly Armstrong (SBN: 213036)
 2  1592 Union Street
    San Francisco, California 94123
 3  Telephone: (415) 928-1293
    Facsimile: (415) 928-1294
 4
    Attorney for Plaintiff
 5  DERRICK NATHANIEL

 6  SEYFARTH SHAW LLP
    Nick C. Geannacopulos(SBN: 187293)
 7  Kamili Williams Dawson (SBN: 193264)
    560 Mission Street, Suite 3100
 8  San Francisco, California 94105
    Telephone: (415) 397-2823
 9  Facsimile: (415) 397-8549

10  Attorneys for Defendant
    NEW UNITED MOTOR MANUFACTURING, INC.,
11  DWAYNE BROWN and JOHANNA OAKSON
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DERRICK NATHANIEL, | ) Case No. CV 04-05082 MMC |
|---|---|
| Plaintiff, | ) **STIPULATION TO WITHDRAW MOTION TO DISMISS AND [~~PROPOSED~~] ORDER** |
| v. | ) |
| NEW UNITED MOTOR MANUFACTURING, INC., et al. | ) |
| Defendants. | ) |

Plaintiff, DERRICK NATHANIEL and Defendants NEW UNITED MOTOR MANUFACTURING, INC. ("NUMMI"), DWAYNE BROWN ("BROWN") and JOHANNA OAKSON ("OAKSON") (collectively "Defendants") hereby stipulate:

    1.    Defendants Dwayne Brown and Johanna Oakson withdraw their Motion to Dismiss (Rules 12(b)(5) and (b)(6)) pursuant to Northern District Local Rule 7-7 originally set for hearing on June 24, 2005; and

---

Stip. and (Proposed) Order to Withdraw Motion to Dismiss; Case No. CV 04-05082 MMC

2. the parties have entered into a stipulation making the motion moot.

DATED: June 8, 2005                    THE ARMSTRONG LAW FIRM

                                       By _____
                                          Kelly Armstrong
                                       Attorneys for Plaintiff
                                       DERRICK NATHANIEL

DATED: June 8, 2005                    SEYFARTH SHAW LLP

                                       By _____
                                          Nick C. Geannacopulos
                                          Kamili Williams Dawson
                                       Attorneys for Defendants
                                       NEW UNITED MOTOR
                                       MANUFACTURING, INC., DWAYNE
                                       BROWN AND JOHANNA OAKSON

## ORDER

**IT IS SO ORDERED.**

DATED: June 9, 2005                    /s/ Maxine M. Chesney
                                       UNITED STATES DISTRICT JUDGE

SF1 Stip and (Proposed) Order to Withdraw Motion to Dismiss; Case No. CV 04-05082 MMC