1  THE ARMSTRONG LAW FIRM
   Kelly Armstrong (SBN: 213036)
2  1592 Union Street
   San Francisco, California 94123
3  Telephone: (415) 928-1293
   Facsimile: (415) 928-1294
4
   Attorney for Plaintiff
5  DERRICK NATHANIEL

6  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN: 187293)
7  Kamili Williams Dawson (SBN: 193264)
   560 Mission Street, Suite 3100
8  San Francisco, California 94105
   Telephone: (415) 397-2823
9  Facsimile: (415) 397-8549

10 Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC.,
11 DWAYNE BROWN and JOHANNA OAKSON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK NATHANIEL,<br><br>  Plaintiff,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., et al.<br><br>  Defendants. | Case No. CV 04-05082 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

Plaintiff, DERRICK NATHANIEL and Defendants NEW UNITED MOTOR MANUFACTURING, INC. ("NUMMI"), DWAYNE BROWN ("BROWN") and JOHANNA OAKSON ("OAKSON") (collectively "Defendants") hereby stipulate:

1. Defendants Dwayne Brown, Johanna Oakson, Bob Ponsonby and Paul Skinner are dismissed from this action with prejudice;

2. the fourth cause of action for retaliation is dismissed in its entirety with prejudice;

---

Stipulation and (Proposed) Order for Dismissal Prejudice; Case No. CV 04-05082 MMC

3. the fifth cause of action for harassment is dismissed in its entirety with prejudice; and

4. the seventh cause of action for violation of Labor Code §1050 is dismissed in its entirety with prejudice.

Each party shall bear its own fees and costs.

DATED: June 8, 2005

THE ARMSTRONG LAW FIRM

By /s/ Kelly Armstrong
Kelly Armstrong
Attorneys for Plaintiff
DERRICK NATHANIEL

DATED: June 3, 2005

SEYFARTH SHAW LLP

By /s/ Kamili Williams Dawson
Nick C. Geannacopulos
Kamili Williams Dawson
Attorneys for Defendants
NEW UNITED MOTOR MANUFACTURING, INC., DWAYNE BROWN AND JOHANNA OAKSON

## ORDER

**IT IS SO ORDERED.**

DATED: June 9, 2005

/s/ Maxine M. Chesney
UNITED STATES DISTRICT JUDGE