1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DERRICK NATHANIEL,                    No. C 04-5082 MMC
12                 Plaintiff,              **ORDER GRANTING  MOTION TO WITHDRAW; TERMINATING APPLICATION OF ELECTRONIC CASE FILING PROGRAM TO ACTION**
13        v.
14   NEW UNITED MOTOR MANUFACTURING, INC., et al.,
15                 Defendants
16   _____/
17

18        Before the Court is The Armstrong Law Firm's motion to withdraw as counsel of

19   record for plaintiff Derrick Nathaniel ("Nathaniel").  Nathaniel has not filed opposition or

20   other response to the motion.[1]  Having considered the papers submitted, the Court deems

21   the matter appropriate for decision on the papers, VACATES the hearing scheduled for

22   September 23, 2005, and rules as follows:

23        1.  The motion to withdraw is hereby GRANTED.

24        2.  Because Nathaniel is no longer represented by counsel, the Court hereby

25   TERMINATES application of the Electronic Case Filing program to the action.  All further

26   _____

27        [1]Under the Local Rules of this District, Nathaniel was required to file any opposition
     or other response to the motion no later than September 2, 2005.  See Civil L.R. 7-3
28   (providing opposition or statement of opposition must be filed no later than 21 days before
     hearing date)

1  documents filed in the action shall be filed with the Clerk of the Court on paper and served

2  by mail or in person on the opposing party.

3      3.  This order and all documents filed in the future shall be served upon Nathaniel at

4  the following address:[2]

5              Derrick Nathaniel
            3941 Norton Avenue
6              Oakland CA  94602

7      4.  A status conference remains scheduled for November 18, 2005, at 10:30 a.m.,

8  Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.  All parties,

9  including Nathaniel, are required to attend.  Further, a joint status conference statement

10 remains due on Thursday, November 10, 2005.[3]

11 **IT IS SO ORDERED.**

12

13 Dated: September 12, 2005                          _Maxine M. Chesney_____

14                                          MAXINE M. CHESNEY
                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25  _____

26  [2]Should Nathaniel's address change, Nathaniel must promptly file with the Clerk of
    the Court and serve on defendant a Notice of Change of Address specifying the new
27  address.  See Civil L.R. 3-11(a).

28  [3]The Pretrial Preparation Order, filed April 4, 2005, erroneously refers to November
    10 as "Friday," when, in fact, it is a Thursday.