LINNEA N. WILLIS (SBN #221352)
LAW OFFICE OF LINNEA N. WILLIS
7677 Oakport Street, Suite 1050
Oakland, CA 94621
Telephone: (510) 383-9795
Facsimile: (510) 567-1395

Attorney for Plaintiff
DERRICK NATHANIEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DERRICK NATHANIEL, an individual, | ) | **No. C04-05082 MMC** |
|---|---|---|
| Plaintiff, | ) | ORDER RE: |
| vs. | ) | **PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITHOUT PREJUDICE** |
| NEW UNITED MOTOR MANUFACTURING, INC. et. al. | ) | |
| Defendants. | ) | |

**To the court and all parties within:**

**PLAINTIFF HEREBY DISMISSES** the entire action of all parties and all causes of action without prejudice. All Defendants are hereby dismissed without prejudice, and the entire action is hereby dismissed.

IT IS SO REQUESTED.

Dated: March 2, 2006                                s/Linnea N. Willis
                                                                Linnea N. Willis
                                                                Attorney for Plaintiff
                                                                DERRICK NATHANIEL

1 IT IS SO ORDERED, with the exception that the defendants and claims dismissed with prejudice pursuant to the Court's order of June 9, 2005 remain dismissed with prejudice.

Dated: March __3__, 2006

_____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT JUDGE